**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DAVID PATRICK BOONE**                                           **PLAINTIFF**

v.                                                                                  **No. 3:25-cv-323-MPM-RP**

**FAMILY RESOURCE CENTER OF NORTHEAST**
**MS CHILD ADVOCACY CENTER, et al.**                         **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 9, 2026, the court entered an order requiring the plaintiff to show cause why the case should not be dismissed for failure to state a claim upon which relief may be granted. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 19th day of February, 2026.

                                                                  /s/Michael P. Mills
                                                                  UNITED STATES DISTRICT JUDGE
                                                                  NORTHERN DISTRICT OF MISSISSIPPI